UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISE ROSS | CIVIL ACTION |
| | NO. 07-7843 |
| VERSUS | |
| HARTFORD INSURANCE COMPANY AND THE FLOOR PLACE | SECTION M |

**ORDER**

Before the Court is Plaintiff's Motion to Remand which is opposed by Defendant Hartford Insurance Company of the Midwest (Hartford), and which came for hearing on January 9, 2008, on the briefs. After consideration of the motions, the briefs and the applicable law, the Court denies the Motion.

As a result of alleged damages resulting from Hurricane Katrina, Plaintiff Louise Ross filed suit against two entities, her insurance company for their failure to pay insurance proceeds due under her policy and against her contractor, the Floor Place, for declaratory judgment. Defendant, Hartford, removed the case to this Court and Ross brought this Motion to Remand. Hartford alleges that the Floor Place is improperly joined and complete diversity exists.

This Court agrees with Hartford. Because Plaintiff seeks no relief from The Floor Place, it is not properly joined. See Smallwood v. Ill. Cent. R.R. 385 F.3d 568 (5th Cir.

2004) (en banc), *cert. denied,* 544 U.S. 992, 125 S.Ct. 1825, 161 L. Ed. 2d 775 (2005).

Accordingly, complete diversity exists, and Plaintiff's motion to remand must be **DENIED**.

New Orleans, Louisiana, this  9th   day of January, 2008.

                                                    Peter Beer
                                        United States District Judge